IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM B. DENKERS and<br>GLORY M. DENKERS,<br><br>Defendants.<br>_____ / | No. C 09-03403 WHA<br><br>**ORDER GRANTING<br>REQUEST TO CONTINUE<br>MEDIATION DEADLINE** |

The undersigned has received the administrative motion submitted by the government requesting a continuance of the January 27, 2010, mediation deadline. Defendants did not file an opposition. Having considered the reasons for the government's request, the motion is **GRANTED**. The mediation deadline is hereby extended to **FEBRUARY 28, 2010**. The parties are reminded, however, that this extension does *not* affect or modify any deadlines set forth in the case management scheduling order. Both sides must prepare for trial.

**IT IS SO ORDERED.**

Dated: January 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE