ARNOLD M. WOODS, S.B. #183638
456 San Mateo Avenue, Suite 2
San Bruno, CA 94066
Telephone: (650) 871-5037
Facsimile: (650) 871-5063

Attorney for Defendants
WILLIAM DENKERS & GLORY DENKERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: C-09-3403-WHA |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE: MOTION FOR SUMMARY JUDGMENT HEARING DATE AND MEDIATION DEADLINE DATE |
| vs. | |
| WILLIAM B. DENKERS and GLORY M. DENKERS, | |
| Defendants. | |

Plaintiff's motion for summary judgment was set for hearing on March 18, 2010. Per Local Rule 7-3, Defendants' opposition to the motion for summary judgment is therefore due on or before February 25, 2010.

Because of the extensive work involved in preparing an opposition to the motion for summary judgment and due to Defendant William Denkers' current and on-going treatment for lymphatic cancer, Defendants are unable to adequately prepare an opposition to the motion for summary judgment within the current time frames. Defendants' believe that continuing the hearing on the motion for summary judgment for two weeks to Thursday, April 1, 2010 and thereby extending the time frame to oppose the motion for summary judgment by two weeks to

1

Thursday, March 11, 2010, will be sufficient to allow Defendants to adequately prepare the opposition to the motion for summary judgment.

Furthermore, pursuant to a prior request by Plaintiff, the mediation deadline was extended to February 26, 2010 by this Court. The purpose of the extension was so that Plaintiff could obtain a ruling on its summary judgment motion before engaging in the mediation as Plaintiff did not believe a mediation would be productive until summary judgment was ruled upon. Because of the extension sought by Defendants on the hearing date for the motion for summary judgment, Plaintiff requests an extension of time for the parties to conduct a mediation until sometime after the date of the hearing on the motion for summary judgment.

For the foregoing reasons, the parties hereby stipulate to a continuance of the hearing date on the motion for summary judgment to Thursday, April 1, 2010, which will thereby extend the time for them to submit an opposition to the motion for summary judgment to Thursday, March 11, 2010. The parties further stipulate to a continuance of the mediation deadline to a date after the date of the hearing on the motion for summary judgment.

Dated this 22 day of February 2010.

_____
ARNOLD M. WOODS, S.B. #183638
Attorney for DEFENDANTS

Dated this 22 day of February 2010.

_____
BLAKE D. STAMM, CTBN 301887
Attorney for Plaintiff

2

**ORDER**

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ordered that the hearing on the motion for summary judgment is hereby continued to Thursday, April 1, 2010 at 8:00 a.m. Defendants' opposition to the motion for summary judgment is thereby due on or before Thursday, March 11, 2010. Further, it is hereby ordered the deadline for the parties to complete mediation is extended to __April 15_____, 2010.

No additional continuances or deadline extensions will be granted. The extensions granted above will have no effect on any other deadlines set forth in the case management order.

**IT IS SO ORDERED.**

Dated: February 23, 2010.



_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3