IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM B. DENKERS and<br>GLORY M. DENKERS,<br><br>    Defendants.<br>                                  / | No. C 09-03403 WHA<br><br>**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE AND VACATING HEARING OF 4/15/2010** |

       The Court is in receipt of defendant's motion to compel filed April 15, 2010, and requests that the parties review and be familiar with the supplemental order to order setting case management conference filed on August 26, 2009, in which the Court outlines procedures to be followed in certain pretrial matters.

       A further meet-and-confer is **SET** for **8:30–11:30 A.M. ON TUESDAY, MARCH 16** in the Attorney Lounge, located on the eighteenth floor of the federal courthouse. At **11:30 A.M.** that same day, the Court shall hold a hearing to resolve any outstanding discovery issue(s). Plaintiff's response is due by 9:00 a.m. on March 15.

       Please note that only those attorneys who personally participate in the further meet-and-confer may argue at the hearing. The hearing set for April 15, 2010, is **VACATED**.

       **IT IS SO ORDERED.**

Dated: March 8, 2010.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE