IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM B. DENKERS and GLORY M. DENKERS,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 09-03403 WHA<br><br>**ORDER REGARDING RECALCULATED TAX ASSESSMENTS** |

　　　　The government shall inform the Court **BY NOON ON FRIDAY, APRIL 16, 2010**, when updated tax assessments reflecting the order on its motion for summary judgment will be filed in this action.

　　　　**IT IS SO ORDERED.**

Dated: April 12, 2010.

　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE