IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WILLIAM B. DENKERS and
GLORY M. DENKERS,

    Defendants.
                                        /

No. C 09-03403 WHA

**ORDER REGARDING
TAX ASSESSMENTS**

        Summary judgment having been granted in plaintiff's favor, all that remains in this action is for judgment to be entered. In this connection, plaintiff was ordered on August 13, 2010, to provide a detailed breakdown of tax assessments for the tax years in dispute by August 16. Defendants were then ordered to verify by August 19 that the government's tax assessments were consistent with the Court's March 29 order, reserving all objections as to substance. In particular, defendants were ordered to verify that a $10,000 offer-in-compromise payment previously paid to the government had been credited against their tax liabilities.

        Due (allegedly) to insufficient and conflicting information in the government's August 16 filing, defendants were unable to verify that the $10,000 payment had been property credited. Given this dispute, both sides are ordered to meet and confer on this issue and file a joint

breakdown of tax assessments for the tax years in dispute and a proposed form of judgment **BY NOON ON TUESDAY, AUGUST 31**.

**IT IS SO ORDERED.**

Dated: August 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE