IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM B. DENKERS and
GLORY M. DENKERS,

Defendants.

No. C 09-03403 WHA

**JUDGMENT**

For the reasons stated in the order granting summary judgment for plaintiff and the jointly filed breakdown of tax assessments for the tax years in dispute, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of the United States of America and against defendants William B. Denkers and Glory M. Denkers in the amount of $165,085.50, with interest and penalties thereon from June 26, 2009, until paid.  **THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:  September 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE